SAMUEL M. WATTS, Appellant, v. FRANK C. HERRICK
et al., Respondents.

*Watts* v. *Herrick*, 172 App. Div. 915, affirmed.

(Argued October 22; 1918; decided November 12, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the third judicial department,
entered January 13, 1916, affirming a judgment in favor
of defendants entered upon a verdict. This action was
brought to recover damages alleged to have arisen out
of a sale of ice by the defendants to the plaintiff. The
complaint set forth two separate counts or causes of
action, the first on the theory of breach of express warranty

by defendants as to quality, and the second on a deficiency of quantity of the ice as measured and as understood to be by both parties. The defense denied the making of the warranty or breach thereof and plaintiff's allegations as to the quality of the ice or deficiency in the same.

*Howard Chipp* for appellant.

*John T. Norton* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN and MCLAUGHLIN, JJ. Not voting: CHASE, J. Absent: CRANE, J.